UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| MICHAEL YOUNG, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:20-cv-00362 |
| BERNHARD MCC, LLC, | ) |
| Defendant. | ) |

## ORDER

Following a three-day trial, a jury in the master case, <u>Young v. Bernhard MCC, LCC</u>, Case No. 3:20-cv-00363, found that Bernhard MCC, LLC did not terminate Michael Young in retaliation for his opposition to alleged unlawful activity in violation of Title VII of the Civil Rights Act of 1964. (Case No. 3:20-cv-00363, Doc. No. 164). Accordingly, all claims in this member case have been resolved. The Clerk shall close the file.

IT IS SO ORDERED

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE